IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THIAGO MELLADO, | Civil Action No. 2:26-cv-421 |
| *Plaintiff,* | Hon. William S. Stickman IV |
| v. | |
| SCHEDULE A DEFENDANTS, | |
| *Defendants.* | |

## ORDER OF COURT

AND NOW, this 3l day of March 2026, IT IS HEREBY ORDERED that if the bond

ordered in the amount $5,000.00 (five thousand dollars) is submitted in cash, once received by the

Finance Department of the United States District Court for the Western District of Pennsylvania,

it shall be placed in the local Court Registry where it is to remain until further order of court.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE