IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THIAGO MELLADO,<br><br>Plaintiff,<br><br>v.<br><br>WEARDECOR, *et. al.,*<br><br>Defendants. | Civil Action No. 26-cv-421<br><br>Judge Stickman |

**MOTION FOR PRELIMINARY INJUNCTION**

In connection with this Court's March 31, 2026 Orders, Plaintiff now moves this Court for an Order granting the Motion for a Preliminary Injunction against the Defendants identified on **Schedule "A"** to the Complaint and attached hereto (collectively, the "Defendants"). The legal support for this motion is contained in the Memorandum of Law. The evidence supporting this motion is contained in the Declarations of Thiago Mellado, Stanley D. Ference III, and Dee Odell, and the exhibits attached thereto. A proposed Order affirmatively granting the relief sought herein is filed herewith.

/

/

/

/

/

/

Respectfully submitted,

Dated: May 15, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiffs