**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

THIAGO MELLADO,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Action No.

26-cv-00421

(Judge Stickman)

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby gives notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 9 | Xinsery Co., Ltd |
| 14 | Star Home Carpet |
| 41 | Luck day Rugs |
| 78 | Suxi Zhecai specialty |
| 133 | Expert of SC |
| 146 | Naiona |
| 147 | Hi turn the whole game around |
| 148 | RTYE |
| 150 | InkMirage |
| 191 | QIQI Blanket |
| 212 | Outdoor carpet |
| 216 | Cheersxu Carpets |
| 224 | Cute Xiaoxi |
| 226 | Corner stamp aa |
| 235 | Happy Life go |
| 245 | ZhangHao AA |
| 253 | BoJingA |
| 255 | WBWTY |

| | |
|---|---|
| 256 | xiaolihjhjhjk |
| 257 | weijiangone |
| 280 | Jiaqian Home |
| 285 | WBYTa |
| 297 | Sunset Summit |
| 301 | Sweat Equity Gym |
| 360 | NoirPrint Studio |
| 389 | Daisy trade |
| 390 | Knotopia Rugs |
| 401 | BROLLYTide |
| 402 | Word Fy One |
| 405 | Super Han Rug |
| 411 | YYR Carpet |
| 412 | yunshundong |
| 429 | CM carpet |
| 435 | MZXTT |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: May 19, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff