**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THIAGO MELLADO, | Civil Action No. |
| Plaintiff, | 26-cv-00421 |
| v. | (Judge Stickman) |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through his undersigned attorney, hereby gives notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 18 | Chenhai home EU |
| 38 | PureWeaveEssentialspp |
| 75 | Chenille Best Provider |
| 88 | Brown Shining |
| 91 | AniNestGlow D |
| 98 | VelvetGroveVV |
| 124 | LYWDD |
| 141 | Shibao Clothing |
| 142 | NCPVT |
| 145 | Eudaimonia Sartorial Goods Exchange |
| 149 | Delphira Thread Shed |
| 159 | BoomBox Studio |
| 180 | Tranquilulu |
| 185 | FabricVistaHomeTT |
| 186 | BELLALULUCC |
| 200 | Art Work Shop |
| 209 | ATA Electronic |

| 211 | InteriorOasisV |
|-----|----------------|
| 213 | WholesomeCasaPro |
| 215 | SoftSerenityV |
| 259 | FabricNestHomeH |
| 275 | YHSWH |
| 284 | WeePlayAAJK |
| 290 | Superseller Shop |
| 291 | ZHGMASwsw |
| 292 | BlissHomeCC |
| 323 | Pretty Princess DD |
| 354 | CottonWeaveTreasuresB |
| 369 | waterproof umbrella |
| 377 | zahnmant |
| 378 | Z592440'shop |
| 384 | Good luck with orders |
| 399 | Artist Word |
| 422 | MANLINI |
| 424 | TEXUN |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: June 3, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff

- 2 -