**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THIAGO MELLADO, | Civil Action No. |
| Plaintiff, | 26-cv-00421 |
| v. | (Judge Stickman) |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through his undersigned attorney, hereby gives notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 3 | Maxwayell |
| 4 | ROZYARD Co., Ltd. |
| 5 | TINYSOME Co., Ltd |
| 6 | YongCo Co.,Ltd |
| 7 | Anyazhubao |
| 8 | JARHAT Co., Ltd |
| 10 | Misright Co,.Ltd |
| 11 | CIYISON Co., Ltd |
| 12 | SIEYIO Co., Ltd |
| 13 | Goingfly |
| 225 | jwiwie |
| 367 | Wjh You |
| 368 | My beautiful day |
| 379 | Loog Dragon |

Each party to bear its own attorneys' fees, costs, and expenses.  The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading.

- 2 -

Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: June 22, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff